FILED
JAN 2 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CONFIDENTIAL - FILED UNDER SEAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| aaiPHARMA INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KREMERS URBAN DEVELOPMENT CO.,<br>SCHWARZ PHARMA, INC.,<br>SCHWARZ PHARMA USA HOLDINGS INC.,<br>SCHWARZ PHARMA MANUFACTURING INC.<br>and<br>SCHWARZ PHARMA AG<br><br>    Defendants. | Civ. Action No. **05C 0537**<br><br>JUDGE AMY ST. EVE<br><br>MAGISTRATE JUDGE MASON |

## MOTION TO QUASH RULE 45 SUBPOENA

Plaintiff aaiPharma, Inc. ("aaiPharma") and their counsel, the law firm of McDonnell Boehnen Hulbert & Berghoff ("MBHB") move that the Court quash the Rule 45 subpoena served on MBHB, pursuant to Fed. R. Civ. P. 45(c)(3)(A). The subpoena demands disclosure of documents and communications protected from discovery by attorney client privilege and the work product immunity doctrine; is unduly burdensome as being substantially duplicative of previously produced or available evidence; demands documents and testimony not reasonably calculated to lead to the discovery of admissible evidence; and improperly and without justification attempts to involve aaiPharma's counsel as fact witnesses. Accordingly, this Court should quash Defendants' Rule 45 subpoena.

The parties have stipulated that this motion be timely filed if filed on January 28, 2005.

January 28, 2005      By: _____
Paul H. Berghoff
James C. Gumina
Kevin E. Noonan
S. Richard Carden
Jeremy Noe
Anthoula Pomrening
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Drive, 32nd Floor
Chicago, Illinois 60606
312-913-0001

Respectfully submitted,

*Attorneys for Plaintiff aaiPharma, Inc.*

Of Counsel

Jonathan L. Greenblatt (JG 9455)
Heather Lamberg Kafele
SHEARMAN & STERLING
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604
202-508-8070

2